**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

| | |
|---|---|
| JOSE LUIS GUZMAN RAMIREZ,<br>*individually and on behalf of others similarly situated*,<br><br>       *Plaintiff*,<br><br> -against-<br><br>P & G LEXINGTON CORP. (D/B/A WRAP-N-RUN GRILL) and GEORGE PABLONY,<br><br>       *Defendants*, | Index No.: 21-cv-02789<br><br>**NOTICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANTS' OFFERS OF JUDGMENT PURSUANT TO F.R.C.P. RULE 68** |

---------------------------------------------------------X

  Plaintiff JOSE LUIS GUZMAN RAMIREZ ("Plaintiff"), through his undersigned counsel, hereby notifies the Court that on or about April 3, 2023, said Plaintiff accepted Defendants' Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure. Annexed hereto are copies of, respectively, (a) said Offer of Judgment; (b) Plaintiff's said acceptance of said Offer of Judgment; and (c) Proof of Service of said Acceptance.

  Dated: April 3, 2023

                *Ramsha Ansari*
                Ramsha Ansari, Esq.
                CSM Legal, P.C.
                60 East 42nd Street, Ste. 4510
                New York, New York 10165
                Tel: (212) 317-1200
                Email: ramsha@csm-legal.com
                *Attorney for Plaintiff*