**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

JOSE LUIS GUZMAN RAMIREZ,
*individually and on behalf of others similarly situated,*

                *Plaintiff,*

-against-

P & G LEXINGTON CORP. (D/B/A WRAP-N-RUN GRILL) and GEORGE PABLONY,

                *Defendants,*
------------------------------------------------------------X

**JUDGMENT**

21 Civ. 02789

WHEREAS on or about April 3, 2023, Defendants P & G LEXINGTON CORP. (D/B/A WRAP-N-RUN GRILL) and GEORGE PABLONY extended to Plaintiff JOSE LUIS GUZMAN RAMIREZ an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Eleven Thousand Dollars and Zero Cents ($11,000.00), and whereas said Plaintiff accepted said offer on or about April 3, 2023.

JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of Eleven Thousand Dollars and Zero Cents ($11,000.00).

Dated: April 4, 2023
      New York, New York

*[signature: George B. Daniels]*

GEORGE B. DANIELS
United States District Judge